HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
DIEGO JACOBY MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>DIEGO JACOBY MORALES,<br><br>*Defendant.* | Case No. 1:14-cr-00154-LJO-SKO<br><br>**SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibits B, C, D, F, G, H, I, and J to Defendant DIEGO JACOBY MORALES' *Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)*, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:  **September 2, 2020**

_____
UNITED STATES DISTRICT JUDGE